Victoria McCUNNEY, Joan McCunney, Gwendolyn McCunney and Patricia McCunney by Anna McCunney, Appellants,

v.

John W. GARDNER, Secretary of the Department of Health, Education and Welfare.

No. 16115.

United States Court of Appeals Third Circuit.

Argued Feb. 7, 1967.

Decided Feb. 24, 1967.

Irving **LOSNER**, doing business as Irving
Losner, M. D., Appellant,

v.

**UNION BANK**, Appellee.

No. 20777.

United States Court of Appeals
Ninth Circuit.

Jan. 27, 1967.

Martin J. Resnick, Philadelphia, Pa.,
for appellants.

Merna B. Marshall, Asst. U. S. At-
ty., Philadelphia, Pa. (Drew J. T.
O'Keefe, U. S. Atty., Philadelphia, Pa., on
the brief), for appellee.

Before HASTIE, FORMAN and
SMITH, Circuit Judges.

### OPINION OF THE COURT

PER CURIAM:

The appellant is an unsuccessful claim-
ant of social security benefits for her
children. The district court granted sum-
mary judgment denying the claimant ju-
dicial relief. The record shows that the
claimant did not within the time required
by law take the prescribed steps to obtain
a full administrative hearing upon or
review of the merits of her claim. There-
after, the appellee's denial of a subse-
quent petition to reopen the matter was
not an appealable order. Filice v. Cele-
brezze, 9th Cir., 1963, 319 F.2d 443. In
the circumstances the courts cannot prop-
erly assist her.

The judgment will be affirmed.